**Dismiss and Opinion Filed May 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01506-CV

**LESLIE LEWIS, Appellant**
**V.**
**EBONI LASHON SCRUGGS WILLIAMS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07833-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The filing fee and docketing statement in this case are past due. By postcards dated October 31, 2013 and March 24, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By postcard dated October 31, 2013, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

131506F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LESLIE LEWIS, Appellant

No. 05-13-01506-CV        V.

EBONI LASHON SCRUGGS WILLIAMS,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-11-07833-D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee EBONI LASHON SCRUGGS WILLIAMS recover his costs of this appeal from appellant LESLIE LEWIS.

Judgment entered May 12, 2014

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE